## STATE OF CONNECTICUT *v.* PURITO REYES
### (AC 16008)

Lavery, Landau and Daly, Js.

Argued September 17—officially released October 7, 1997

Per Curiam. The judgment is affirmed.

## ANN MARIE BRITT *v.* WALLACE MANUFACTURING COMPANY ET AL.
### (AC 16712)

Lavery, Landau and Daly, Js.

Argued September 17—officially released October 7, 1997

Per Curiam. The decision of the workers' compensation review board is affirmed.

## JAMES W. CAHILL *v.* ESSEX SAVINGS BANK
### (AC 16588)

Landau, Schaller and Hennessy, Js.

Argued September 18—officially released October 7, 1997

Per Curiam. The judgment is affirmed.